```
BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. MJ. 10-093 KJM |
| Plaintiff, | ORDER DISMISSING COMPLAINT |
| v. | |
| ASCENCION MEDINA-MUNOZ,<br>aka Marcus Medina, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the complaint in the above-captioned case be dismissed against defendant without prejudice in the interest of justice.

DATED:  October 6, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE